Case 3:04-cv-30011-MAP   Document 6   Filed 04/16/2004   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

| DANIEL BONAFILIA, PAULA BURKE, DANIELLE PETRANGELO AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, v TOWN OF AGAWAM and AGAWAM POLICE DEPARTMENT, DEFENDANTS | CIVIL ACTION NO.:3:04-30011 |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1, the parties in the above-captioned case hereby submit the following joint statement.

1. <u>Obligation of Counsel to Confer.</u> Counsel have conferred with regard to this Joint Statement. The parties do not consent to trial by Magistrate Judge at this time. However, the parties would note that there is a companion case pending before Judge Michael Ponsor which involves the same defendant and identical legal issues. See <u>O'Brien, et al, v. Town of Agawam,</u> CA#:01-30126-MAP. The parties expect that consolidation of these two actions is possible in the future.

2. <u>Pretrial Schedule.</u>

In the event this case is not consolidated with CA#: 01-30126-MAP, the parties propose the following schedule:

   a. The parties shall complete all non-expert discovery on or before October 1, 2004.

   b. The plaintiff's expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made on or before November 1, 2004. The defendant's expert disclosures required by

Fed.R.Civ. P. 26(a)(2) shall be made on or before December1, 2004. All expert witness depositions shall be conducted on or before January 15, 2005.

3. <u>Dispositive Motions</u>. All dispositive motions shall be filed on or before April 1, 2005.

4. <u>Certifications by Counsel.</u>

Each counsel will file their respective certifications pursuant to L.R. 16.1(D)(3) at or prior to the Scheduling Conference.

| The Plaintiff, | The Defendant, |
|---|---|
| by their Attorney, | by its Attorney, |
| | |
| John D. Connor, Esq. | David Robinson, Esq. |
| Moriarty and Connor, LLC | 935 Main Street |
| 101 State Street, Suite 501 | Springfield, MA 01103 |
| Springfield, MA 01103 | (413)739-4412 |
| 413-827-0777 | BBO#:422880 |
| BBO#:629185 | |

April 12, 2004