## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| DANIEL BONAFILIA, PAULA BURKE, DANIELLE PETRANGELO AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, <br><br> v <br><br> TOWN OF AGAWAM and AGAWAM POLICE DEPARTMENT, DEFENDANTS | CIVIL ACTION NO.:3:04-30011 |

### PLAINTIFFS' COST CERTIFICATION

The Plaintiffs, Daniel Bonafilia and Paula Burke, and their counsel, attorney John Connor hereby certify that they have conferred regarding the potential cost of the above captioned litigation. The plaintiffs certify that they understand that the costs of this litigation may be substantial and nonetheless desire to proceed with litigation.

_____     _____     _____
Daniel Bonafilia                  Paula Burke                      Danielle Petrangelo

Respectfully Submitted,

The Plaintiffs,
by their Attorney,

_____
John Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
BBO#:629185
Tel-(413) 827-0777

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| DANIEL BONAFILIA, PAULA BURKE, DANIELLE PETRANGELO AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, <br><br> v <br><br> TOWN OF AGAWAM and AGAWAM POLICE DEPARTMENT, DEFENDANTS | CIVIL ACTION NO.:3:04-30011 |

### PLAINTIFFS' COST CERTIFICATION

The Plaintiffs, Daniel Bonafilia and Paula Burke, and their counsel, attorney John Connor hereby certify that they have conferred regarding the potential cost of the above captioned litigation. The plaintiffs certify that they understand that the costs of this litigation may be substantial and nonetheless desire to proceed with litigation.

_____     _____     _____
Daniel Bonafilia                      Paula Burke                      Danielle Petrangelo


Respectfully Submitted,

The Plaintiffs,
by their Attorney,

_____
John Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
BBO#:629185
Tel-(413) 827-0777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DANIEL BONAFILIA, PAULA BURKE,
DANIELLE PETRANGELO AND ALL
OTHERS SIMILARLY SITUATED,
                        PLAINTIFFS,

v

TOWN OF AGAWAM and AGAWAM
POLICE DEPARTMENT,
                        DEFENDANTS

CIVIL ACTION NO.:3:04-30011

## PLAINTIFFS' COST CERTIFICATION

The Plaintiffs, Daniel Bonafilia and Paula Burke, and their counsel, attorney John Connor hereby certify that they have conferred regarding the potential cost of the above captioned litigation. The plaintiffs certify that they understand that the costs of this litigation may be substantial and nonetheless desire to proceed with litigation.

_____          _____          _____
Daniel Bonafilia                 Paula Burke                       Danielle Petrangelo

Respectfully Submitted,

The Plaintiffs,
by their Attorney,

_____
John Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
BBO#:629185
Tel-(413) 827-0777